**[Dnfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                                        Case No. 8:25–bk–00526–RCT
                                                                                                              Chapter 7

Johanna Karina Chiappetta Millan
1283 Lassen St
Haines City, FL 33844


_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A**
**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

    To receive a discharge, the Debtor must (i) complete a postpetition instructional course in personal financial management, as described in 11 U.S.C. § 111; and (ii) file a certificate of course completion issued by the instructional course provider, in accordance with Fed. R. Bankr. P. 1007(b)(7). A certification has not been filed in this case. Accordingly,

    YOU ARE NOTIFIED that if the Debtor or instructional course provider fails to file the certification within 60 days after the first date set for the meeting of creditors, in accordance with Fed. R. Bankr. P. 1007(c), then this case will be closed without the entry of a discharge.

    If you previously submitted a certification dated prior to the petition file date of January 28, 2025, a new postpetition certification form is required.

DATED:  April 10, 2025

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

Clerk's Office is directed to serve a copy of this Notice on:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee


*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.