Certificate Number: 15317-FLM-DE-039309133

Bankruptcy Case Number: 25-00526



15317-FLM-DE-039309133

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2025, at 6:56 o'clock PM PST, Johanna K Chiappetta completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   February 4, 2025   By:   /s/Glend Enfestan

Name:   Glend Enfestan

Title:   Credit Counselor